The conflict cases include *State v. Doane* (1990), 69 Ohio App.3d 638, 591 N.E.2d 735, and *State v. Walton* (1991), 77 Ohio App.3d 706, 603 N.E.2d 294.

**98–1613.   State v. Tumbleson.**
Clermont App. No. CA94–10–078.   On motion for leave to file delayed appeal.   Motion denied.

**98–1827.   State v. Johnson.**
Hamilton App. No. C–970695.   On motion for stay.   Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**98–1099.   Collins v. Down River Specialties, Inc.**
Cuyahoga App. No. 70840.   Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–1107, *infra.*
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1107.   Collins v. Down River Specialties, Inc. .**
Cuyahoga App. No. 70842.   Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–1099, *supra.*
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1111.   State v. Lilly.**
Montgomery App. No. 16684.
   PFEIFER and COOK, JJ., dissent.

**98–1124.   Clement v. Grant Mut. Cas. Co.**
Medina App. No. 2698–M.   Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–1185, *infra,* and held for the decision in 98–772, *Csulik v. Nationwide Mut. Ins. Co.,* Stark App. No. 197CA00283; briefing schedule stayed.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–1127.   State v. Tennyson.**
Hamilton App. No. C–970445.   *Sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–1134.   Vickers v. Howe.**
Morgan App. No. 96CA07.   On appeal of Karen Vickers and cross-appeal of Steven D. Howe, D.O. Discretionary appeal and cross-appeal allowed.

**98–1156.   Bagnoli v. Northbrook Prop. & Cas. Ins. Co.**
Stark App. No. 97CA00415.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1179.   DuBose v. Akron Pub. Schools.**
Summit App. No. 18707.
   F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**98–1185.   Simcox v. Westfield Cos.**
Medina App. No. 2697–M.   Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–1124, *supra,* and held for the decision in 98–772, *Csulik v. Nationwide Mut. Ins. Co.,* Stark App. No. 197CA00283; briefing schedule stayed.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–1291.   Holzemer v. Urbanski.**
Lucas App. No. L–97–1257.
   F.E. SWEENEY and COOK, JJ., dissent.

**98–1293.   Kraft Constr. Co. v. Cuyahoga Cty. Bd. of Commrs.**
Cuyahoga App. No. 72095.
   PFEIFER and COOK, JJ., dissent.